ANTHONY SCORDO, ESQ., PC
Bar No. 024591987
1425 Pompton Avenue, Suite 2-2
Cedar Grove, New Jersey 07009
973-837-1861
Anthony Scordo, Attorney for plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| GRUPO RAYCO C.A | : |
| Plaintiff, | : |
| vs. | : **Case No.:** |
| DELTA AIR LINES, INC. | : |
| Defendants, | COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT |

Plaintiff , Grupo Rayco, C. A., a corporation organized and incorporated under the laws of the Nation of Venezuela, by its attorney Anthony Scordo, alleges as follows:

### COUNT ONE

1. Defendant Delta Air Lines Inc. is a Louisiana for-profit corporation with its principal place of business in Atlanta, Georgia. At all times material to the allegations set forth herein, Delta was engaged in the air transportation industry and regularly transacted (and continues to regularly transact) business in the State of New Jersey, County of Essex, City of Newark. Service of process may be perfected via Delta's registered agent, The Corporation Trust Company, at 820 Bear Tavern Road, West Trenton NJ 08628.

2. The court has diversity jurisdiction under 28 U.S.C. sec. 1332(a)(2) conferring diversity jurisdiction in civil actions between citizens of a State and citizens or subjects of a foreign state. The amount in dispute exceeds the jurisdictional amount for reasons set forth below. Venue is proper in this court per 28 U.S.C. sec. 1391 (a) and (c).

3. Plaintiff was at all relevant times and is currently engaged in the business of operating a travel agency licensed and registered in the City of Caracas, Nation of Venezuela.

4. In the months of April and May 2018, Plaintiff issued to its customers approximately sixty (60) airline tickets for use on defendant's airline. Plaintiff paid for those tickets in full through the International Air Transport Association (IATA)'s Billing and Settlement Plan (BSP) in the nation of Venezuela.

5. After the tickets were booked and defendant was paid in full for said tickets, Defendant wrongfully and without notice or explanation to plaintiff unilaterally changed the status of forty-one of those tickets from "open" to "suspended"in the reservation and ticketing system known in the industry as AMADEUS. Plaintiff's President and sole owner, Tzvetan Nikolov logged into AMADEUS and became aware of the suspension of plaintiff's customers tickets.  When Nikolov inquired as to the change of status the tickets he was advised by a representative the tickets were no longer usable.

6. Defendant's actions, in suspending the airline tickets for which it received payment in full, constituted a breach of its contract with plaintiff as implemented through IATA's BSP. As a result of defendant's wrongful conduct in suspending the tickets of ,

plaintiff was required to provide alternative transportation for the customers booked on plaintiff's airlines at considerable cost and effort.

7. Eventually the suspended tickets were returned by defendant to the open marking but the damage had already occurred as the new tickets had already been issued by plaintiff to the customers/passengers.

8. Plaintiff has demanded from defendant a full refund for the wrongfully suspended tickets, but defendant has refused to issue same. As a demonstration of defendant's bad faith, instead of refunding the full value of the tickets, defendant in Venezuela in bolivar fuerte (VEF), a currency that no longer even exists. Upon information and belief, the total dollar value of the tickets purchased by plaintiff is One Hundred Fifty Two thousand Seven Hundred Dollars (US$) $152,700.00 well in excess of the jurisdictional limit.

**WHEREFORE**, plaintiff respectfully requests that judgment against defendant be entered on its behalf awarding compensatory damages, prejudgment and post judgment interest, costs and attorneys' fees.

### DESIGNATION OF TRIAL COUNSEL

Anthony Scordo, Esq. is hereby designated as trial counsel in the within matter.

### JURY DEMAND

This party demands a trial by jury on all issues.

Dated: February 18, 2019                           *s/ Anthony Scordo*
                                                   Anthony Scordo
                                                   Attorney for plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 18th day of February, 2019, a true and correct copy of the foregoing Complaint for Breach of Contract was entered on the Electronic Filing system.

*s/ Anthony Scordo*
Anthony Scordo
Attorney for plaintiff
