# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-01952-AT
## RAYCO C.A. v. DELTA AIR LINES, INC., et al
## Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 04/27/2021.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 12:56 P.M.      TAPE NUMBER: (no recording)
TIME IN COURT: 3:26                    DEPUTY CLERK: B. Evans
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | David Meadows representing Delta Air Lines Inc<br>Alexandra Peurach representing Delta Air Lines Inc<br>Anthony Scordo representing GRUPO RAYCO C.A. |
| OTHER(S) PRESENT: | Tzvetan Nikolov for Plaintiff<br>Gary Bunce for Defendant |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | A mediation was held. The parties were not able to reach an agreement. |