# Exhibit 4

| Ticket No. | Ticket Issue Date | Primary & Conjoined Ticket | Coupon No. | Segment Status | Operating Carrier | Flight No. | Departure Date | Origin | Destination | Billing Carrier | Invoice Number | Amount Settled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0065699055730 | 05/09/18 | 0065699055730 | 1 | Flown | CX | 104 | 06/09/18 | MEL | HKG | Cathay Pacific | 2018002250 | $1,627.09 |
| | | | 2 | Flown | CX | 293 | 06/10/18 | HKG | FCO | Cathay Pacific | 2018002250 | $2,170.89 |
| | | | 3 | Flown | CX | 292 | 06/19/18 | FCO | HKG | Cathay Pacific | 2018002349 | $1,309.70 |
| | | | 4 | Flown | CX | 163 | 06/20/18 | HKG | MEL | Cathay Pacific | 2018002349 | $944.28 |
| | | 0065699055731 | 2 | Unflown | CM | 220 | 08/17/18 | CCS | PTY | | | |
| | | | 3 | Unflown | DL | 392 | 08/18/18 | PTY | ATL | | | |
| 0065699058604 | 04/01/18 | 0065699058604 | 1 | Flown | AC | 8866 | 04/08/18 | YQG | YYZ | Air Canada | 0061160431 | $752.23 |
| | | | 2 | Flown | AC | 84 | 04/08/18 | YYZ | TLV | Air Canada | 0061160431 | $2,487.64 |
| | | | 3 | Flown | AC | 85 | 05/31/18 | TLV | YYZ | Air Canada | 0061630611 | $2,044.09 |
| | | | 4 | Flown | AC | 8873 | 05/31/18 | YYZ | YQG | Air Canada | 0061630611 | $71.52 |
| | | 0065699058605 | 2 | Unflown | CM | 220 | 07/30/18 | CCS | PTY | | | |
| | | | 3 | Unflown | DL | 392 | 07/30/18 | PTY | ATL | | | |
| 0065699058606 | 04/01/18 | 0065699058606 | 1 | Flown | AC | 8866 | 04/08/18 | YQG | YYZ | Air Canada | 0061160431 | $752.23 |
| | | | 2 | Flown | AC | 84 | 04/08/18 | YYZ | TLV | Air Canada | 0061160431 | $2,487.64 |
| | | | 3 | Flown | AC | 85 | 05/31/18 | TLV | YYZ | Air Canada | 0061630611 | $2,044.09 |
| | | | 4 | Flown | AC | 8873 | 05/31/18 | YYZ | YQG | Air Canada | 0061630611 | $71.52 |
| | | 0065699058607 | 2 | Unflown | CM | 220 | 07/30/18 | CCS | PTY | | | |
| | | | 3 | Unflown | DL | 392 | 07/30/18 | PTY | ATL | | | |
| 0065699058608 | 04/03/18 | 0065699058608 | 1 | Unflown | AM | 1 | 05/18/18 | MEX | MAD | | | |
| | | | 2 | Unflown | AM | 6866 | 05/19/18 | MAD | ZRH | | | |
| | | | 4 | Flown | AM | 22 | 06/03/18 | MAD | MEX | Aeromexico | DL18061P01 | $3,710.87 |
| | | 0065699058609 | 2 | Unflown | CM | 220 | 08/20/18 | CCS | PTY | | | |
| | | | 3 | Unflown | DL | 392 | 08/21/18 | PTY | ATL | | | |
| 0065699058610 | 04/03/18 | 0065699058610 | 1 | Unflown | AM | 1 | 05/18/18 | MEX | MAD | | | |
| | | | 2 | Unflown | AM | 6866 | 05/19/18 | MAD | ZRH | | | |
| | | | 4 | Flown | AM | 22 | 06/03/18 | MAD | MEX | Aeromexico | DL18061P01 | $3,710.87 |
| | | 0065699058611 | 2 | Unflown | CM | 220 | 08/20/18 | CCS | PTY | | | |
| | | | 3 | Unflown | DL | 392 | 08/21/18 | PTY | ATL | | | |
| 0065699058612 | 04/03/18 | 0065699058612 | 1 | Unflown | AM | 1 | 05/18/18 | MEX | MAD | | | |
| | | | 2 | Unflown | AM | 6866 | 05/19/18 | MAD | ZRH | | | |
| | | | 4 | Flown | AM | 22 | 06/03/18 | MAD | MEX | Aeromexico | DL18061P01 | $3,710.87 |
| | | 0065699058613 | 2 | Unflown | CM | 220 | 08/20/18 | CCS | PTY | | | |
| | | | 3 | Unflown | DL | 392 | 08/21/18 | PTY | ATL | | | |
| 0065699058625 | 04/12/18 | 0065699058625 | 1 | Flown | KE | 18 | 05/09/18 | LAX | ICN | Korean Air | PN18054006 | $1,299.14 |
| | | | 2 | Flown | KE | 17 | 05/24/18 | ICN | LAX | Korean Air | PN18054006 | $1,081.33 |
| | | | 4 | Unflown | DL | 392 | 08/25/18 | PTY | ATL | | | |
| 0065699058626 | 04/12/18 | 0065699058626 | 1 | Flown | KE | 18 | 05/09/18 | LAX | ICN | Korean Air | PN18054006 | $1,299.14 |
| | | | 2 | Flown | KE | 17 | 05/24/18 | ICN | LAX | Korean Air | PN18054006 | $1,081.33 |
| | | | 4 | Unflown | DL | 392 | 08/25/18 | PTY | ATL | | | |

| Ticket No. | Ticket Issue Date | Primary & Conjoined Ticket | Coupon No. | Segment Status | Operating Carrier | Flight No. | Departure Date | Origin | Destination | Billing Carrier | Invoice Number | Amount Settled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0065699058638 | 04/17/18 | 0065699058638 | 1 | Flown | BA | 178 | 04/26/18 | JFK | LHR | British Airways | PDL00001BB | $581.35 |
| | | | 2 | Flown | BA | 59 | 04/26/18 | LHR | CPT | British Airways | PDL00001BB | $954.31 |
| | | | 4 | Flown | BA | 56 | 05/06/18 | JNB | LHR | British Airways | PDL00001C2 | $637.19 |
| | | 0065699058639 | 1 | Flown | BA | 117 | 05/07/18 | LHR | JFK | British Airways | PDL00001C2 | $450.49 |
| | | | 3 | Unflown | DL | 392 | 07/17/18 | PTY | ATL | | | |
| 0065699058676 | 04/23/18 | 0065699058676 | 1 | Flown | SQ | 208 | 05/10/18 | MEL | SIN | Singapore Airlines | 8050216031 | $1,195.35 |
| | | | 2 | Flown | SQ | 366 | 05/11/18 | SIN | FCO | Singapore Airlines | 8050216031 | $1,959.90 |
| | | | 3 | Flown | SQ | 365 | 05/27/18 | FCO | SIN | Singapore Airlines | 8050410031 | $2,007.24 |
| | | 0065699058677 | 4 | Flown | SQ | 207 | 05/28/18 | SIN | MEL | Singapore Airlines | 8050410031 | $1,150.26 |
| | | | 2 | Unflown | DL | 392 | 07/26/18 | PTY | ATL | | | |
| 0065699058678 | 04/23/18 | 0065699058678 | 1 | Flown | SQ | 208 | 05/10/18 | MEL | SIN | Singapore Airlines | 8050216031 | $1,195.35 |
| | | | 2 | Flown | SQ | 366 | 05/11/18 | SIN | FCO | Singapore Airlines | 8050216031 | $1,959.90 |
| | | | 3 | Flown | SQ | 365 | 05/27/18 | FCO | SIN | Singapore Airlines | 8050410031 | $2,007.24 |
| | | 0065699058679 | 4 | Unflown | SQ | 207 | 05/28/18 | SIN | MEL | | | |
| | | | 2 | Unflown | DL | 392 | 07/26/18 | PTY | ATL | | | |
| 0065699058690 | 04/23/18 | 0065699058690 | 1 | Flown | LY | 4 | 04/30/18 | JFK | TLV | El Al Israel Airlines | 1804007DLP | $3,464.27 |
| | | | 2 | Flown | LY | 1 | 05/06/18 | TLV | JFK | El Al Israel Airlines | 1805001DLP | $3,491.08 |
| | | | 4 | Unflown | DL | 392 | 07/22/18 | PTY | ATL | | | |
| 0065699058691 | 04/23/18 | 0065699058691 | 1 | Flown | LY | 4 | 04/30/18 | JFK | TLV | El Al Israel Airlines | 1804007DLP | $3,464.27 |
| | | | 2 | Flown | LY | 1 | 05/06/18 | TLV | JFK | El Al Israel Airlines | 1805001DLP | $3,491.08 |
| | | | 4 | Unflown | DL | 392 | 07/22/18 | PTY | ATL | | | |
| 0065699058694 | 04/23/18 | 0065699058694 | 1 | Flown | AI | 104 | 04/25/18 | IAD | DEL | Air India | 1804020DLP | $1,164.80 |
| | | | 2 | Flown | AI | 103 | 05/11/18 | DEL | IAD | Air India | 1805007DLP | $1,299.37 |
| | | | 4 | Unflown | DL | 392 | 07/20/18 | PTY | ATL | | | |
| 0065699058695 | 04/23/18 | 0065699058695 | 1 | Flown | AI | 104 | 04/25/18 | IAD | DEL | Air India | 1804020DLP | $1,164.80 |
| | | | 2 | Flown | AI | 103 | 05/11/18 | DEL | IAD | Air India | 1805007DLP | $1,299.37 |
| | | | 4 | Unflown | DL | 392 | 07/20/18 | PTY | ATL | | | |
| 0065699061000 | 04/24/18 | 0065699061000 | 1 | Flown | OZ | 221 | 05/30/18 | JFK | ICN | Asiana Airlines | 803437 | $1,338.05 |
| | | | 2 | Unflown | OZ | 222 | 06/06/18 | ICN | JFK | | | |
| | | | 4 | Unflown | DL | 392 | 07/20/18 | PTY | ATL | | | |
| 0065699061001 | 04/24/18 | 0065699061001 | 1 | Flown | OZ | 221 | 05/30/18 | JFK | ICN | Asiana Airlines | 803437 | $1,338.05 |
| | | | 2 | Unflown | OZ | 222 | 06/06/18 | ICN | JFK | | | |
| | | | 4 | Unflown | DL | 392 | 07/20/18 | PTY | ATL | | | |
| 0065699061002 | 04/24/18 | 0065699061002 | 1 | Flown | OZ | 221 | 05/30/18 | JFK | ICN | Asiana Airlines | 803437 | $133.81 |
| | | | 2 | Unflown | OZ | 222 | 06/06/18 | ICN | JFK | | | |
| | | | 4 | Unflown | DL | 392 | 07/20/18 | PTY | ATL | | | |
| 0065699061003 | 04/24/18 | 0065699061003 | 1 | Flown | VS | 42 | 04/25/18 | SFO | LHR | Virgin Atlantic Airway | 400137947 | $988.58 |
| | | | 2 | Flown | BA | 153 | 04/26/18 | LHR | IKA | British Airways | PDL00001BB | $608.67 |
| | | | 3 | Flown | BA | 152 | 05/16/18 | IKA | LHR | British Airways | PDL00001C8 | $576.90 |
| | | | 4 | Unflown | VS | 41 | 05/16/18 | LHR | SFO | | | |
| | | 0065699061004 | 2 | Unflown | DL | 392 | 06/20/18 | PTY | ATL | | | |

| Ticket No. | Ticket Issue Date | Primary & Conjoined Ticket | Coupon No. | Segment Status | Operating Carrier | Flight No. | Departure Date | Origin | Destination | Billing Carrier | Invoice Number | Amount Settled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0065699061013 | 04/30/18 | 0065699061013 | 1 | Flown | SQ | 228 | 05/02/18 | MEL | SIN | Singapore Airlines | 8050114031 | $1,151.27 |
| | | | 2 | Flown | SQ | 322 | 05/02/18 | SIN | LHR | Singapore Airlines | 8050114031 | $2,004.18 |
| | | | 3 | Flown | SQ | 305 | 05/08/18 | LHR | SIN | Singapore Airlines | 8050216031 | $5,018.09 |
| | | | 4 | Flown | SQ | 207 | 05/09/18 | SIN | MEL | Singapore Airlines | 8050216031 | $761.13 |
| | | 0065699061014 | 2 | Unflown | CM | 220 | 07/21/18 | CCS | PTY | | | |
| | | | 3 | Unflown | DL | 392 | 07/22/18 | PTY | ATL | | | |
| 0065699061021 | 05/01/18 | 0065699061021 | 1 | Flown | KE | 72 | 05/10/18 | YVR | ICN | Korean Air | PN18054006 | $1,382.21 |
| | | | 2 | Flown | KE | 895 | 05/11/18 | ICN | PVG | Korean Air | PN18054006 | $365.53 |
| | | | 3 | Unflown | KE | 898 | 05/15/18 | PVG | ICN | | | |
| | | | 4 | Unflown | KE | 71 | 05/15/18 | ICN | YVR | | | |
| | | 0065699061022 | 2 | Unflown | CM | 220 | 07/20/18 | CCS | PTY | | | |
| | | | 3 | Unflown | DL | 392 | 07/21/18 | PTY | ATL | | | |
| 0065699061023 | 05/01/18 | 0065699061023 | 1 | Flown | AF | 85 | 06/03/18 | SFO | CDG | Air France | 807817 | $2,309.33 |
| | | | 2 | Flown | AF | 1648 | 06/07/18 | CDG | BCN | Air France | 807817 | $610.61 |
| | | | 3 | Flown | AF | 1449 | 06/17/18 | BCN | CDG | Air France | 808233 | $585.25 |
| | | | 4 | Flown | AF | 84 | 06/17/18 | CDG | SFO | Air France | 808233 | $2,340.97 |
| | | 0065699061024 | 2 | Unflown | CM | 220 | 08/20/18 | CCS | PTY | | | |
| | | | 3 | Unflown | DL | 392 | 08/21/18 | PTY | ATL | | | |
| 0065699061025 | 05/01/18 | 0065699061025 | 1 | Flown | AF | 85 | 06/03/18 | SFO | CDG | Air France | 807817 | $2,309.33 |
| | | | 2 | Flown | AF | 1648 | 06/07/18 | CDG | BCN | Air France | 807817 | $610.61 |
| | | | 3 | Flown | AF | 1449 | 06/17/18 | BCN | CDG | Air France | 808233 | $585.25 |
| | | | 4 | Flown | AF | 84 | 06/17/18 | CDG | SFO | Air France | 808233 | $2,340.97 |
| | | 0065699061026 | 2 | Unflown | CM | 220 | 08/20/18 | CCS | PTY | | | |
| | | | 3 | Unflown | DL | 392 | 08/21/18 | PTY | ATL | | | |
| 0065699061027 | 05/01/18 | 0065699061027 | 1 | Flown | AC | 7664 | 05/07/18 | DFW | YYZ | Air Canada | 61560541 | $280.40 |
| | | | 2 | Flown | AC | 46 | 05/07/18 | YYZ | BOM | Air Canada | 61560541 | $1,252.88 |
| | | | 3 | Flown | AC | 47 | 05/15/18 | BOM | YYZ | Air Canada | 61560541 | $1,366.46 |
| | | | 4 | Flown | AC | 7612 | 05/16/18 | YYZ | BOS | Air Canada | 61560541 | $148.89 |
| | | 0065699061028 | 2 | Unflown | CM | 220 | 07/17/18 | CCS | PTY | | | |
| | | | 3 | Unflown | DL | 392 | 07/18/18 | PTY | ATL | | | |
| 0065699061029 | 05/01/18 | 0065699061029 | 1 | Flown | AC | 7664 | 05/07/18 | DFW | YYZ | Air Canada | 61560541 | $280.40 |
| | | | 2 | Flown | AC | 46 | 05/07/18 | YYZ | BOM | Air Canada | 61560541 | $1,252.88 |
| | | | 3 | Flown | AC | 47 | 05/15/18 | BOM | YYZ | Air Canada | 61560541 | $1,366.46 |
| | | | 4 | Flown | AC | 7612 | 05/16/18 | YYZ | BOS | Air Canada | 61560541 | $148.89 |
| | | 0065699061030 | 2 | Unflown | CM | 220 | 07/17/18 | CCS | PTY | | | |
| | | | 3 | Unflown | DL | 392 | 07/18/18 | PTY | ATL | | | |
| 0065699061039 | 05/02/18 | 0065699061039 | 1 | Flown | LX | 257 | 05/04/18 | TLV | ZRH | Swiss Air | 3000031160 | $542.66 |
| | | | 2 | Flown | LX | 16 | 05/04/18 | ZRH | JFK | Swiss Air | 3000031160 | $968.57 |
| | | | 4 | Unflown | UA | 960 | 05/21/18 | EWR | FRA | | | |
| | | 0065699061040 | 2 | Unflown | CM | 220 | 07/21/18 | CCS | PTY | | | |
| | | | 3 | Unflown | DL | 392 | 07/22/18 | PTY | ATL | | | |

| Ticket No. | Ticket Issue Date | Primary & Conjoined Ticket | Coupon No. | Segment Status | Operating Carrier | Flight No. | Departure Date | Origin | Destination | Billing Carrier | Invoice Number | Amount Settled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0065699061043 | 05/03/18 | 0065699061043 | 1 | Flown | AF | 10 | 06/05/18 | CDG | JFK | Air France | 807817 | $2,352.60 |
|  |  |  | 2 | Flown | AF | 11 | 06/08/18 | JFK | CDG | Air France | 807817 | $3,120.58 |
|  |  |  | 4 | Unflown | CM | 220 | 07/25/18 | CCS | PTY |  |  |  |
|  |  | 0065699061044 | 1 | Unflown | DL | 392 | 07/26/18 | PTY | ATL |  |  |  |
| 0065699061057 | 05/03/18 | 0065699061057 | 1 | Flown | JL | 772 | 06/02/18 | SYD | NRT | Japan Airlines | 000051547P | $1,027.49 |
|  |  |  | 2 | Flown | JL | 18 | 06/02/18 | NRT | YVR | Japan Airlines | 000051547P | $1,095.04 |
|  |  |  | 3 | Flown | JL | 17 | 06/16/18 | YVR | NRT | Japan Airlines | 000051672P | $1,096.39 |
|  |  |  | 4 | Flown | JL | 771 | 06/17/18 | NRT | SYD | Japan Airlines | 000051672P | $996.40 |
|  |  | 0065699061058 | 2 | Unflown | CM | 220 | 08/24/18 | CCS | PTY |  |  |  |
|  |  |  | 3 | Unflown | DL | 392 | 08/25/18 | PTY | ATL |  |  |  |
| 0065699058642 | 04/17/18 | 0065699058642 | 1 | Flown | TG | 482 | 04/18/18 | PER | BKK | Thai Airways | 1804012DLP | $1,163.59 |
|  |  |  | 2 | Flown | TG | 910 | 04/19/18 | BKK | LHR | Thai Airways | 1804012DLP | $1,999.22 |
|  |  |  | 4 | Unflown | DL | 392 | 06/24/18 | PTY | ATL |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  | Total Paid to Other Airlines: | $113,412.68 |